COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
|---|---|---|
| IN RE | § | No. 08-08-00298-CV |
| MID-CONTINENT PREFERRED LIFE INSURANCE COMPANY, | § | An Original Proceeding |
|  | § | in Mandamus |
| RELATOR | § |  |
|  | § |  |

**MEMORANDUM OPINION**

**ON PETITION FOR WRIT OF MANDAMUS**

Relator, Mid-Continent Preferred Life Insurance Company, asks this Court to issue a writ of mandamus against the Honorable Maria Salas-Mendoza, Judge of the 120th District Court of El Paso County, in order to compel Judge Salas-Mendoza to grant Relator's plea to the jurisdiction. In order to be entitled to mandamus relief, a relator must meet two requirements. First, the relator must show that the trial court clearly abused its discretion. *In re Prudential Insurance Company of America*, 148 S.W.3d 124, 135 (Tex. 2004). Second, the relator must demonstrate he has no adequate remedy by appeal. *Id*. at 136. Based on the petition and record before us, we are unable to conclude that Relator is entitled to the relief requested. Accordingly, we deny mandamus relief. *See* TEX.R.APP.P. 52.8(a).

December 11, 2008

DAVID WELLINGTON CHEW, Chief Justice

Before Chew, C.J., McClure, and Carr, JJ.
Carr, J. (Not Participating)